UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRANSPERFECT GLOBAL, INC.,

              Plaintiff,

-vs-

LIONBRIDGE TECHNOLOGIES, INC., and
H.I.G. MIDDLE MARKET, LLC,

              Defendants.

19-cv-_____

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for TransPerfect Global, Inc. (a non-public, privately held non-governmental party) certifies that there is no publicly-held corporation that owns any of its stock, directly or indirectly. TransPerfect Holdings, Inc., a non-public privately held entity is the Plaintiff's parent corporation.

Dated: New York, New York
       April 11, 2019

GARVEY SCHUBERT BARER, P.C.

By: _____
    Andrew J. Goodman, Esq.
    100 Wall Street, 20th Floor
    New York, New York 10005
    Tel: (212) 965-4534
    Fax: (212) 334-1278

KRUZHKOV RUSSO PLLC

By: s/ Martin P. Russo
    Martin P. Russo
    Sarah Y. Khurana
350 Fifth Avenue
Suite 7230
New York, New York 10118
Tel: (212) 363-2000
Fax: (347) 507-2378

*Attorneys for Plaintiff TransPerfect Global, Inc.*

GSB:10159853.2