UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　　-vs-<br><br>LIONBRIDGE TECHNOLOGIES, INC., and H.I.G. MIDDLE MARKET, LLC,<br><br>　　　　　　　　Defendants. | Case No. 19-cv-03283<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that appearance is hereby entered for Martin P. Russo of Kruzhkov Russo PLLC as co-counsel of record for Plaintiff.

Any and all future correspondence, pleadings or other documents, including any electronic filings, related to this case should also be forwarded to:

> Martin P. Russo, Esq.
> Kruzhkov Russo PLLC
> 350 Fifth Avenue, Suite 7230
> New York, New York 10118
> Tel: (212) 363-2000
> Email: Martin@kruzhkovrusso.com

Dated: New York, New York
　　　　April 12, 2019

//

//

//

//

Respectfully submitted,

KRUZHKOV RUSSO PLLC
By: s/ Martin P. Russo
      Martin P. Russo
350 Fifth Avenue, Suite 7230
New York, New York 10118
Tel: (212) 363-2000
Fax: (347) 507-2378


GARVEY SCHUBERT BARER, P.C.
By: Andrew J. Goodman, Esq.
100 Wall Street, 20th Floor
New York, New York 10005
Tel:  (212) 965-4534
Fax: (212) 334-1278

*Attorneys for Plaintiff TransPerfect Global, Inc.*