UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

TRANSPERFECT GLOBAL, INC.,          :

                    Plaintiff,      :        19cv3283 (DLC)

        -v-                         :          ORDER

                                    :
LIONBRIDGE TECHNOLOGIES, INC. and   :
H.I.G. MIDDLE MARKET, LLC,          :

                    Defendants.     :

                                    :
------------------------------------X

DENISE COTE, District Judge:

    On December 16, 2019, counsel for the defendants submitted

a letter pursuant to Rule 3.G. of the Court's Individual

Practices in Civil Cases, noting that a motion has been fully

submitted for sixty days.  The parties are hereby advised that

the Court is aware of the fully submitted motion, and will

decide it as expeditiously as possible.

Dated:    New York, New York
          December 17, 2019

                        _____
                                DENISE COTE
                        United States District Judge