```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
TRANSPERFECT GLOBAL, INC.,               :
                                         :         19cv3283 (DLC)
                          Plaintiff,     :
              -v-                        :         ORDER
                                         :
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                          Defendants.    :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Opinion and Order filed on March 20, 2020 denied in part the defendants' August 12, 2019 motion to dismiss the amended complaint.  Accordingly, it is hereby

ORDERED that the defendant shall answer the amended complaint by **April 10, 2020.**

IT IS FURTHER ORDERED that the initial pretrial conference is scheduled for **April 17** at **1:00 p.m**.  Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference, and to prepare a detailed written proposed schedule for any motions and discovery.

IT IS FURTHER ORDERED that conference will be held telephonically. The parties shall use the following dial-in credentials:

    Dial-in:      888-363-4749

    Access code:  4324948

**The attorneys who will serve as principal trial counsel must participate in this telephone conference.**

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          March 23, 2020

                                    _____
                                        DENISE COTE
                               United States District Judge