```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
TRANSPERFECT GLOBAL, INC.,                :
                                          :
                     Plaintiff,           :        19cv3283 (DLC)
           -v-                            :
                                          :             ORDER
LIONBRIDGE TECHNOLOGIES, INC. and         :
H.I.G. MIDDLE MARKET, LLC,                :
                                          :
                     Defendants.          :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

An initial pretrial conference is presently scheduled in this matter for May 1, 2020 at 3:00 p.m. Due to the outbreak of COVID-19, a Southern District of New York standing order has authorized certain criminal proceedings to be conducted by "video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available." In Re: Coronavirus/COVID-19 Pandemic, 20mc176 (CM) (Mar. 30, 2020). The Court would therefore like to develop its capabilities to conduct matters by video conference. Accordingly, it is hereby

ORDERED that the May 1 initial pretrial conference will take place by Skype for Business videoconference. To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/WGXLVWU1. You may be asked to download software to use Skype's

videoconferencing features.[1]  Counsel are directed to test their videoconference setup in advance of the conference -- including their ability to install Skype for Business and access the link above.  Once you have entered the conference, check your audio and video settings; ensure that the microphone selected is the one you wish to use for the proceeding and that your webcam is functioning.

IT IS FURTHER ORDERED that members of the press, public, or counsel who do not need the ability to speak during the conference, may access the conference audio using the following credentials:

Call-in number: 917-933-2166

Conference ID: 470740098

Dated:    New York, New York
          April 29, 2020

> _____
> DENISE COTE
> United States District Judge

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.