```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRANSPERFECT GLOBAL, INC.,               :    19cv3283 (DLC)
                                         :
                    Plaintiff,           :        ORDER
          -v-                            :
                                         :
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 13, 2020, the defendants filed a letter raising a discovery dispute. It is hereby

ORDERED that a telephone conference is scheduled for **July 15, 2020** at **3:00 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:     888-363-4749

    Access code:  4324948

Dated:   New York, New York
         July 14, 2020

                                                _____
                                                  DENISE COTE
                                    United States District Judge