```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRANSPERFECT GLOBAL, INC.,               :    19cv3283 (DLC)
                                         :
                   Plaintiff,            :    ORDER
            -v-                          :
                                         :
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                   Defendants.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 13, 2020, defendants filed a letter seeking an order to compel plaintiff to provide more fulsome descriptions of certain alleged trade secrets. On July 14, the Court scheduled a telephonic conference concerning this dispute for July 15. Later on July 14, plaintiff filed a responsive letter indicating that it intends to produce documents containing the disputed trade secrets, flag the alleged trade secrets, and provide narrative descriptions of the trade secrets alongside that production. Also on July 14, plaintiff filed a letter raising a dispute concerning defendants' assertion of attorney-client privilege. It is hereby

ORDERED that the parties shall promptly meet and confer regarding a schedule for the plaintiff to (1) produce documents that contain the trade secrets identified in the defendants'

July 13 letter, (2) identify passages containing the trade secrets, and (3) provide accompanying narrative explanations.

IT IS FURTHER ORDERED that the parties shall promptly meet and confer concerning the privilege dispute raised in plaintiff's July 14 letter.

IT IS FURTHER ORDERED that if the meet and confer does not resolve these issues, the parties shall bring any remaining dispute to the Court's attention by **July 17, 2020**.

IT IS FURTHER ORDERED that the telephonic conference scheduled for July 15 is cancelled.

Dated:   New York, New York
         July 14, 2020

                                           DENISE COTE
                            United States District Judge