```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRANSPERFECT GLOBAL, INC.,               :      19cv3283 (DLC)
                                         :
                    Plaintiff,           :         ORDER
          -v-                            :
                                         :
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 14, plaintiff filed a letter raising a dispute concerning defendants' assertion of attorney-client privilege over certain communications between Kirkland & Ellis ("KE") and the defendants. An Order of the same day instructed the parties to meet and confer concerning the dispute. On July 17, defendants filed a letter indicating that the meet and confer did not resolve the dispute. Accordingly, it is hereby

ORDERED that a telephone conference is scheduled for **July 21, 2020** at **10:00 a.m.** The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:      888-363-4749

    Access code:  4324948

IT IS FURTHER ORDERED that the parties shall be prepared to address whether communications between KE and defendants made prior to H.I.G.'s submission of its final bid in November 2017

should be treated differently than such communications made after the final bid.

Dated:    New York, New York
          July 20, 2020

                                   _____
                                        DENISE COTE
                                   United States District Judge