**MEMO ENDORSED**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Aaron Marks
To Call Writer Directly:
+1 212 446 4856
aaron.marks@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/20

July 23, 2020

**VIA ECF**
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

    Re:    *TransPerfect Global, Inc. v. Lionbridge Technologies, Inc., et al.*,
            Case No. 1:19-cv-03283-DLC

Dear Judge Cote:

    We write pursuant to Your Honor's instructions during the July 21, 2020 conference regarding a schedule for submissions related to Defendants' invocation of the attorney-client privilege and/or work product protection for communications with Kirkland & Ellis regarding the auction clean room. Defendants and the Plaintiff have agreed to the following schedule:

- <u>August 4, 2020</u> - Defendants' opening submission, including exemplars of privileged communications submitted *ex parte* for *in camera* review.

- Plaintiff's response to be filed <u>no later than August 18, 2020</u>.

- Defendants' reply to be filed <u>within 5 days of service of Plaintiff's response</u>. If this deadline falls on a weekend, Defendants' reply shall be filed by the following business day.

    Consistent with the Court's instructions during the July 21, 2020 conference, all submissions will be limited to letters of no more than five pages.

So ordered.

*/s/ Denise Cote*
7/24/20

Beijing  Boston  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Munich  Palo Alto  Paris  San Francisco  Shanghai  Washington, D.C.

# KIRKLAND & ELLIS LLP

Honorable Denise L. Cote
July 23, 2020
Page 2

                                      Respectfully,

                                      *s/ Aaron Marks*

                                      Aaron Marks, P.C.

cc:      All Counsel of Record (via ECF)