# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

**MEMO ENDORSED**

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Aaron Marks, P.C.
To Call Writer Directly:
+1 212 446 4856
aaron.marks@kirkland.com

Facsimile:
+1 212 446 4900

August 4, 2020

**VIA ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2020

Granted.
/s/ Denise Cote
8/14/20

Re:   *TransPerfect Global, Inc. v. Lionbridge Technologies, Inc., et al.*,
       Case No. 1:19-cv-3283-DLC

Dear Judge Cote:

Defendants respectfully request authorization to file under seal Exhibits 1-8 attached to Tana Ryan's Declaration in Support of Defendants' August 4, 2020 Letter re Defendants' Invocation of the Attorney-Client Privilege. The claims upon which this action is based involve agreements that contain confidentiality provisions that require certain information to be kept confidential and not disclosed to outside parties.

In order to address Defendants' invocation of the attorney-client privilege, we must reference the confidentiality agreements, communications discussing those agreements and information shared pursuant to those agreements, and Defendants' confidential communications with advisors and Auction counterparties. Pursuant to Your Honor's Individual Practices, we have enclosed full, unredacted versions of the Exhibits. We have also provided Plaintiff with the unredacted materials.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Aaron Marks

Aaron Marks, P.C.

# KIRKLAND & ELLIS LLP

Hon. Denise L. Cote
August 4, 2020
Page 2

cc: All Counsel of Record (via ECF)