```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRANSPERFECT GLOBAL, INC.,               :
                                         :
                        Plaintiff,       :      19cv3283 (DLC)
             -v-                         :
                                         :         Order
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 11, 2020, the defendants filed a letter seeking an order compelling the plaintiff and Phil Shawe, owner and CEO of TransPerfect Global, Inc., to produce documents. The letter describes three categories of documents. On September 15, the plaintiff and Mr. Shawe filed a letter opposing the defendants' request. Having reviewed the parties' letters, it is hereby

ORDERED that the plaintiff and Mr. Shawe shall produce the documents described in the first category, which are described as relating to Mr. Shawe's alleged misconduct during the auction process.

IT IS FURTHER ORDERED that the plaintiff shall produce the documents sought regarding the plaintiff's IT system.

IT IS FURTHER ORDERED that with respect to Mr. Shawe's communications with potential lenders during the auction, the parties will discuss whether the agreement of the plaintiff and Mr. Shawe, as captured in the September 15 letter, is sufficient to resolve the dispute.

Dated:    New York, New York
          September 17, 2020

          _____
                  DENISE COTE
          United States District Judge