```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRANSPERFECT GLOBAL, INC.,               :
                                         :
                    Plaintiff,           :       19cv3283 (DLC)
                                         :
            -v-                          :           Order
                                         :
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

　　On December 7, 2020, the plaintiff moved for leave to amend its complaint.  The plaintiff requested that certain information from its submissions in support of its motion be filed in redacted form or under seal because a confidentiality order designates the material as "confidential" or "highly confidential."

　　The plaintiff is reminded that sealing requests are evaluated under <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110, 119-20 (2d Cir. 2006).  The fact that material is designated as "confidential" or "highly confidential" is not a sufficient basis by itself to withhold material from the public record.  Accordingly, it is hereby

　　ORDERED that by **Wednesday, December 16,** the plaintiff shall file a letter explaining the basis for its request to file the

material in redacted form or under seal beyond the mere fact that the material is designated as "confidential" or "highly confidential" by a confidentiality order. If the plaintiff does not file such a letter, the request will be denied.

IT IS FURTHER ORDERED that the defendants shall advise the plaintiff by **Friday, December 11** of their reasons for requesting that any material included in the plaintiff's motion be sealed.

Dated:   New York, New York
         December 10, 2020

                                     DENISE COTE
                          United States District Judge