```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRANSPERFECT GLOBAL, INC.,               :
                                         :
                     Plaintiff,          :     19cv3283 (DLC)
                                         :
          -v-                            :         Order
                                         :
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 7, 2020, the plaintiff moved for leave to amend its complaint.  Accordingly, it is hereby

ORDERED that a telephone conference shall occur on **Tuesday, December 15, 2020** at **2:00 p.m.**  The dial-in credentials for the telephone conference are the following:

> Dial-in:        888-363-4749
> Access code:    4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         December 10, 2020

                                          _____
                                               DENISE COTE
                                          United States District Judge