UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
TRANSPERFECT GLOBAL, INC.,            :
                                      :
                      Plaintiff,      :          19cv3283 (DLC)
                                      :
              -v-                     :               ORDER
                                      :
LIONBRIDGE TECHNOLOGIES, INC. and     :
H.I.G. MIDDLE MARKET, LLC,            :
                                      :
                      Defendants.     :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

      On December 7, 2020, the plaintiff filed a request to amend
its complaint for the second time.  On December 15, the Court
held a telephone conference with the parties to discuss the
plaintiff's request.  It is hereby

      ORDERED that the defendants' opposition is due **December 21.**
The plaintiff's reply is due **December 28.**

Dated:    New York, New York
          December 15, 2020

                              _____
                                        DENISE COTE
                              United States District Judge