```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :      19cv3283 (DLC)
TRANSPERFECT GLOBAL, INC.,               :
                                         :         ORDER
                    Plaintiff,           :
           -v-                           :
                                         :
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the plaintiff's letter of December 21, 2020, it is hereby

ORDERED that a conference is scheduled for **Thursday, January 7, 2021 at 10:00am.**

Due to the ongoing COVID-19 pandemic, the conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:    888-363-4749

    Access code:    4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
           December 21, 2020

_____
DENISE COTE
United States District Judge