```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRANSPERFECT GLOBAL, INC.,               :
                                         :
                         Plaintiff,      :      19cv3283 (DLC)
                                         :
             -v-                         :      ORDER
                                         :
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    A telephone conference is scheduled for Thursday, January 7, 2021 at 10:00 a.m. to discuss the parties' discovery dispute. It is hereby

    ORDERED that the plaintiff's motion to further amend its complaint will also be discussed at the January 7 conference. In particular, the parties shall be prepared to address whether the parties and others will be prejudiced by this amendment.

Dated:    New York, New York
            January 6, 2021

                                        _____
                                            DENISE COTE
                                United States District Judge