```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRANSPERFECT GLOBAL, INC.,               :
                                         :
                    Plaintiff,           :    19cv3283 (DLC)
                                         :
           -v-                           :         ORDER
                                         :
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 27, 2021, the defendants filed a letter requesting that the Court order certain third parties to complete their document productions by February 15, 2021 and to permit the defendants to take any related fact depositions by March 29. It is hereby

ORDERED that any response to the defendants' request must be submitted by **Friday, January 29** at **noon**.

IT IS FURTHER ORDERED that the defendants shall promptly serve a copy of this Order on the relevant third parties.

Dated:   New York, New York
         January 27, 2021

                                     _____
                                              DENISE COTE
                                     United States District Judge