```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRANSPERFECT GLOBAL, INC.,               :
                                         :
                     Plaintiff,          :      19cv3283 (DLC)
                                         :
           -v-                           :         Order
                                         :
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 27, 2021, the defendants filed a letter requesting that the Court order certain third parties, including Philip Shawe ("Shawe"); Andrew Goodman, Esq. ("Goodman"); Martin Russo, Esq. ("Russo"); Citizens For Pro-Business Delaware ("CPBD"); and several current and former TransPerfect employees ("TransPerfect Employees"), to complete their document productions by February 15, 2021 and to permit the defendants to take any related fact depositions by March 29.  On January 29, the plaintiff and the relevant third parties filed responses to the defendants' request.

In response to the defendants' request, the plaintiff principally argues that the subpoenas at issue were served too late in this litigation.  The plaintiff was served with document subpoenas on May 4, and Shawe was served on May 12.  The

plaintiff and Shawe completed their document productions on January 28, 2021. CPBD, a third-party lobbying group, was served with document subpoenas on October 12, 2020. The TransPerfect Employees were served on November 2 and November 10.

Goodman represents the plaintiff in this action. Prior to this action, Goodman undertook three representations that relate to this matter. Specifically, Goodman represented (1) a mid-level TransPerfect employee in challenging a demand from the custodian for that individual's personal electronic devices, (2) a senior employee of TransPerfect who attempted to intervene in the auction bid process; and (3) CPBD in defending against a subpoena that was issued in a New York action. Goodman was served with document subpoenas on November 2, 2020 and responded on November 16.

Russo represents the plaintiff in this action as well. In addition, Russo previously represented Shawe in the Delaware litigation over the sale of TransPerfect. The defendants served Russo with document subpoenas on October 9, 2020, and he responded on November 9.

The Court having reviewed the parties' and third-parties' submissions, it is hereby

ORDERED that the defendants' request is denied. The parties may agree upon consent to extend the fact discovery deadline, but the July 16, 2021 deadline to file any motion for summary judgment remains firm.

IT IS FURTHER ORDERED that the parties shall meet and confer with Russo and Goodman to narrow the search terms and reduce the burden on Russo, Goodman, and their counsel, including, if possible, the burden of producing a privilege log.

IT IS FURTHER ORDERED that any remaining dispute shall be presented to the Court by Wednesday, February 3, 2021.

Dated:   New York, New York
         January 29, 2021

```
                    _____
                           DENISE COTE
                    United States District Judge
```