```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRANSPERFECT GLOBAL, INC.,               :
                                         :
                    Plaintiff,           :      19cv3283 (DLC)
                                         :
           -v-                           :         Order
                                         :
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    In letters of January 27 and February 2, the parties dispute the process by which defendants may take discovery of the plaintiff's clients that the plaintiff identifies as "at issue" in this lawsuit. The Court having reviewed the parties' submissions, it is hereby

    ORDERED that the parties shall comply with the first three conditions outlined in the defendants' February 2 letter, as well as the first sentence of the fourth condition set forth in that same letter.

    IT IS FURTHER ORDERED that three business days after the plaintiff gives the defendants notice of the clients that the plaintiff concludes are "at issue," the defendants shall notify the plaintiff of which of those third parties they intend to take discovery and the topics they intend to explore. The

parties shall promptly meet and confer regarding any dispute and bring any unresolved dispute to the Court's attention no later than three business days after the defendants provide such notice.

Dated:     New York, New York
           February 3, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge