```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRANSPERFECT GLOBAL, INC.,               :
                                         :
                    Plaintiff,           :      19cv3283 (DLC)
                                         :
              -v-                        :           Order
                                         :
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The parties have agreed and the Court has ordered the exchange of certain discovery material regarding some of plaintiff's clients pursuant to a protocol. The first condition of the protocol requires the defendants to:

> Identify by name only, any clients from TransPerfect's top 100 clients as of 2016, as identified in TPG.LIOX00106013, <u>to which Lionbridge submitted one or more proposals</u> between January 1, 2017 and the date of TransPerfect's Complaint.

(Emphasis supplied.)

In a letter of March 17, the plaintiff notified the Court that the defendants had refused to produce revenue and pricing information (the "Data") for two of TransPerfect's clients (the "Two Clients"). In a letter of March 19, the defendants offered to produce the Data regarding the Two Clients for the period from January 1, 2017, even though they contend they had not

submitted "proposals" to them, on the condition that the plaintiffs provide defendants with the reciprocal data under the protocol for the Two Clients concurrently with the defendants' production. Accordingly, it is hereby

ORDERED that the plaintiff shall notify the defendants by **noon** on **Tuesday, March 23** whether it will produce to the defendants reciprocal Data for the Two Clients. Assuming there is such agreement,

IT IS FURTHER ORDERED that the parties shall exchange the information by **Wednesday, March 24 at 2:00 pm**, unless they agree to an earlier time.

Dated: New York, New York
March 22, 2021

_____
DENISE COTE
United States District Judge