# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Kristin Rose<br>To Call Writer Directly:<br>+1 213 680 8169<br>kristin.rose@kirkland.com | 555 South Flower Street<br>Los Angeles, CA 90071<br>United States<br><br>+1 213 680 8400<br><br>www.kirkland.com | Facsimile:<br>+1 213 680 8500 |

March 23, 2021

**VIA ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007



Re:   *TransPerfect Global, Inc. v. Lionbridge Technologies, Inc., et al.*,
        Case No. 1:19-cv-3283-DLC

Dear Judge Cote:

Defendants respectfully request authorization to file under seal Exhibit F attached to the Letter Motion to Compel Tusk Strategies, Inc. (Dkt. No. 171).

Exhibit F is a compilation of documents produced by third party Tusk Strategies, Inc., in response to a subpoena and designated Confidential by Tusk Strategies, Inc. under the Court's June 3, 2020 Stipulation and Order Regarding Confidential Discovery Material (Dkt. No. 78). Exhibit F is comprised of the documents bearing Bates stamps TUSK_0000510; TUSK_0000524; and TUSK_0000539.

In order to support our Motion to Compel we must reference these documents. Pursuant to Your Honor's Individual Practices, we have contemporaneously filed under seal in the ECF system and electronically related to this motion an unredacted version of Exhibit F.

We thank the Court for its consideration of this request.

Granted.  03.24.21.

Respectfully submitted,

/s/ Kristin Rose

Kristin Rose

_____
DENISE COTE
United States District Judge

# KIRKLAND & ELLIS LLP

Hon. Denise L. Cote
March 23, 2020
Page 2



cc: All Counsel of Record (via ECF)