```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
TRANSPERFECT GLOBAL, INC.,           :
                                     :
                         Plaintiff,  :       19cv3283 (DLC)
                                     :
            -v-                      :           Order
                                     :
LIONBRIDGE TECHNOLOGIES, INC. and    :
H.I.G. MIDDLE MARKET, LLC,           :
                                     :
                        Defendants.  :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

A summary judgment motion or pretrial order is due July 16, 2021.  In letters of June 7 and June 9, the parties dispute dates concerning expert discovery.  It is hereby

ORDERED that the plaintiff may submit a supplemental expert report by **June 12** at **noon** to address documents produced by the defendants in early May.

IT IS FURTHER ORDERED that the plaintiff's objection to the service of the De Palma and Faulkner reports is denied.

IT IS FURTHER ORDERED that the plaintiff's request to serve sur-rebuttals to the De Palma and Falkner reports, which were served on May 24, is denied as untimely and prejudicial.

IT IS FURTHER ORDERED that Hoffman shall be deposed the week of June 14.

IT IS FURTHER ORDERED that the plaintiff's request to depose De Palma and Gerardi the week of June 21 is granted.

Dated:    New York, New York
          June 11, 2021

_____
DENISE COTE
United States District Judge