# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

| | 601 Lexington Avenue<br>New York, NY 10022<br>United States | |
|---|---|---|
| Aaron Marks, P.C.<br>To Call Writer Directly:<br>+1 212 446 4856<br>aaron.marks@kirkland.com | +1 212 446 4800<br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

June 9, 2021

*Granted.*
*June 11, 2021*
*Denise Cote*

**VIA ECF**
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re: *TransPerfect Global, Inc. v. Lionbridge Technologies, Inc., et al.*,
Case No. 1:19-cv-3283-DLC

Dear Judge Cote:

Defendants respectfully request authorization to file under seal Exhibit 1 attached to Defendants' response to TransPerfect's June 7, 2021 letter motion.

Exhibit 1 is an email chain between counsel for TransPerfect and counsel for Defendants, which extensively references and quotes documents and deposition testimony regarding client contracts and revenues, business strategies, and other topics, which have been designated Confidential or Highly Confidential by TransPerfect, Defendants, and third parties under the Court's June 3, 2020 Order Regarding Confidential Discovery Material (ECF No. 78).

Defendants' response to TransPerfect's letter motion references the full content of this email chain, and Defendants request that the email chain be sealed in its entirety. In the alternative, Defendants request leave of the Court to file a redacted version of this email chain. Pursuant to Your Honor's Individual Practices, we have contemporaneously filed under seal in the ECF system and electronically related to this motion an unredacted version of Exhibit 1.

We thank the Court for its consideration of this request.

## KIRKLAND & ELLIS LLP

Hon. Denise L. Cote
June 9, 2020
Page 2

>Respectfully submitted,
>
>*/s/ Aaron Marks*
>
>Aaron Marks, P.C.

cc: All Counsel of Record (via ECF)