# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Aaron Marks, P.C.
To Call Writer Directly:
+1 212 446 4856
aaron.marks@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

August 27, 2021

**VIA ECF**
The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:   *TransPerfect Global, Inc. v. Lionbridge Technologies, Inc., et al.,*
       Case No. 1:19-cv-3283-DLC

Dear Judge Cote:

Pursuant to the Stipulation and Order Re: Summary Judgment Schedule (ECF No. 192), Defendants respectfully request authorization to file in redacted form the following documents submitted under seal on August 20th: the Reply Memorandum of Law of Defendants Lionbridge Technologies, Inc. and H.I.G. Middle Market, LLC in Support of Their Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and the Appendix thereto ("Reply Memorandum of Law") and Defendants' Reply to Plaintiff's Response to Defendants' Rule 56.1 Statement ("Reply Statement," and together, the "Redacted Documents"). Defendants additionally write regarding Plaintiff's August 6th Letter Motion to Seal (ECF No. 217) ("August 6th Letter"), which included a challenge to thirty of Defendants' documents designated "Confidential" or "Highly Confidential" pursuant to the Confidentiality Order.

**Defendants' Request to File Redacted Versions of August 20th Filings.** The Redacted Documents contain and reflect information designated Confidential or Highly Confidential by Plaintiff, Defendants, and/or third parties (the "Parties") under the Court's June 3, 2020 Order Regarding Confidential Discovery Material (ECF No. 78) (the "Confidentiality Order"). For the same reasons set forth in Defendants' July 23, 2021 Letter Motion to Seal Documents in Support of Defendants' Motion for Summary Judgment (ECF No. 207), which Your Honor granted on July 30, 2021 (ECF No. 214) ("Redacted Briefing Order"), Defendants request authorization to file the Redacted Documents under seal as they reflect private, commercially sensitive information that outweighs the presumption of public access. (Redacted Briefing Order at 1–2.) Defendants have additionally left unredacted any portions of the Redacted Documents that were the subject of the August 13, 2021 Letter from M. Seymour to Judge Cote re Leave to File Redacted and Highlighted Documents (ECF No. 238), which the Court granted on August 23, 2021 (ECF No. 263) ("August 23 Order").

# KIRKLAND & ELLIS LLP

Hon. Denise L. Cote
August 27, 2021
Page 2

Pursuant to Your Honor's Individual Practices, we have enclosed full, unredacted versions of the Redacted Documents with the proposed redactions highlighted.

**Plaintiff's August 6th Letter.**  Plaintiff's August 6th Letter requested to file under seal thirty of Defendants' documents designated "Confidential" or "Highly Confidential" pursuant to the Confidentiality Order, while stating that TransPerfect disputed that sealing was required as to these documents.[1]  (August 6th Letter at 3.)  Defendants continue to maintain their confidentiality designations over the documents indicated in Appendix 1 hereto.  Defendants maintain that all or portions of these documents contain confidential business and marketing information such that their public disclosure would cause Defendants financial harm outweighing the presumption of public access for the same reasons set forth in Defendants' July 16, 2021 Letter Motion to Seal Exhibits (ECF No. 197), which Your Honor granted on July 30, 2021 (ECF No. 215) ("Sealing Order").[2]  Defendants respectfully request the Court grant Plaintiff's August 6th Letter as to the documents listed on Appendix 1 and permit they be filed under seal.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Aaron Marks*

Aaron Marks, P.C.

cc: All Counsel of Record (via ECF)

```
It is hereby ORDERED that the defendants are
permitted to redact the text that defendants
request be redacted, and which has been
highlighted in yellow.  The text highlighted in
pink should not be redacted.
IT IS FURTHER ORDERED that defendants' request
that the documents listed on Appendix 1 be filed
under seal is granted.
Dated: August 31, 2021
```

_____
DENISE COTE
United States District Judge

---

[1]  Defendants had previously withdrawn its designation of one of the documents listed in the August 6th Letter. (August 6th Letter, App'x A (listing LB_HIG_0217248); *id.* Ex. H (withdrawing designation over same).)

[2]  One of the documents challenged in the August 6 Letter was previously attached as Exhibit 288 to the Declaration of Aaron H. Marks in Support of Defendants' Motion for Summary Judgment (ECF No. 212) ("Marks Declaration") and is therefore sealed pursuant to the Sealing Order.  (August 6th Letter, App'x A (listing LB_HIG_0278528); Marks Declaration ¶ 289 (attaching same).)

# KIRKLAND & ELLIS LLP

Hon. Denise L. Cote
August 27, 2021
Page 3

## Appendix 1

| Bates Stamp | Attached as |
|---|---|
| LB_HIG_0004489 | Seymour Declaration Exhibit 53 |
| LB_HIG_0006354 | Obarski Declaration Exhibit 115 |
| LB_HIG_0202734 | Seymour Declaration Exhibit 342 |
| LB_HIG_0208671 | Seymour Declaration Exhibit 276 |
| LB_HIG_0210019 | Seymour Declaration Exhibit 40 |
| LB_HIG_0210022 | Seymour Declaration Exhibit 48 |
| LB_HIG_0211270 | Seymour Declaration Exhibit 37 |
| LB_HIG_0217217 | Seymour Declaration Exhibit 55 |
| LB_HIG_0217244 | Seymour Declaration Exhibit 54 |
| LB_HIG_0217482 | Seymour Declaration Exhibit 70 |
| LB_HIG_0227802 | Seymour Declaration Exhibit 238 |
| LB_HIG_0228206 | Seymour Declaration Exhibit 58 |
| LB_HIG_0235711 | Seymour Declaration Exhibit 47 |
| LB_HIG_0271698 | Seymour Declaration Exhibit 36 |
| LB_HIG_0276812 | Seymour Declaration Exhibit 57 |
| LB_HIG_0277205 | Seymour Declaration Exhibit 68 |
| LB_HIG_0278519 | Seymour Declaration Exhibit 51 |
| LB_HIG_0278528 | Marks Declaration Exhibit 288; Seymour Declaration Exhibit 135 |