```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRANSPERFECT GLOBAL, INC.,               :
                                         :
                    Plaintiff,           :      19cv3283 (DLC)
                                         :
          -v-                            :      ORDER
                                         :
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 6, 2021 ("August 6th Letter"), the plaintiff requested authorization to file certain documents in connection with plaintiff's August 6, 2021 opposition to defendants' motion for summary judgment under seal. In the August 6th Letter, the plaintiff disputed that sealing was required for certain documents designated by the defendants or third parties as Confidential or Highly Confidential ("Disputed Documents").

On August 27, the defendants requested that eighteen of the Disputed Documents be filed under seal. That request was granted on August 31. On October 6, the plaintiff requested further directions regarding its August 6th Letter. It is hereby

ORDERED that the plaintiff may file under seal the documents identified in its August 6th Letter, including the

eighteen documents covered by the August 31 Order, with the following exception. The remainder of the Disputed Documents shall be filed in the public record.


Dated:    New York, New York
          October 6, 2021

                                          _____
                                               DENISE COTE
                                          United States District Judge