```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
TRANSPERFECT GLOBAL, INC.,           :
                                     :    19cv3283 (DLC)
                    Plaintiff,       :
                                     :       ORDER
          -v-                        :
                                     :
LIONBRIDGE TECHNOLOGIES INC., and    :
H.I.G. MIDDLE MARKET, LLC,           :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On October 20, 2021, counsel for the defendants submitted a letter pursuant to Rule 4.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:   New York, New York
         October 21, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　　　United States District Judge