UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSPERFECT GLOBAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LIONBRIDGE TECHNOLOGIES, INC., and H.I.G. MIDDLE MARKET, LLC, <br><br> Defendants. | Index No.: 19-cv-03283 (DLC) <br><br> ECF Case |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Marcy Blattner is no longer associated with Kirkland & Ellis LLP and hereby withdraws her representation for Defendants Lionbridge Technologies, Inc. and H.I.G. Middle Market, LLC.

**PLEASE TAKE FURTHER NOTICE**, that Kirkland & Ellis LLP shall remain as counsel for the Defendants Lionbridge Technologies, Inc. and H.I.G. Middle Market, LLC.

Dated: October 22, 2021

*s/ Aaron Marks*
Aaron Marks, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, N.Y. 10022
Telephone: (212) 446-4800
Email:  aaron.marks@kirkland.com

*Counsel for Defendants Lionbridge Technologies, Inc. and H.I.G. Middle Market, LLC*