# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
TRANSPERFECT GLOBAL, INC.,

                      Plaintiff,                    19 **CIVIL** 3283 (DLC)

           -against-                          **JUDGMENT**

LIONBRIDGE TECHNOLOGIES, INC. and
H.I.G. MIDDLE MARKET, LLC,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 21, 2022, Defendants' July 16, 2021 motion for summary judgment is granted. Judgment is entered for Lionbridge Technologies, Inc., and H.I.G. Middle Market, LLC; accordingly, this case is closed.

**Dated:**  New York, New York
           January 21, 2022

                                                            **RUBY J. KRAJICK**
                                                               Clerk of Court
                                           **BY:**
                                                                 Deputy Clerk