**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------X

TRANSPERFECT GLOBAL, INC.,

                              **Plaintiff,**

            -against-

LIONBRIDGE TECHNOLOGIES, INC., et al.,

                              **Defendants.**

--------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    1/28/2022
```

**19-CV-03283 (DLC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On January 28, 2022, the Honorable Denise Cote assigned this matter to my docket for settlement. By February 1, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        January 28, 2022
              New York, New York