```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TRANSPERFECT GLOBAL, INC.,               :
                                         :
                    Plaintiff,           :    19cv3283 (DLC)
                                         :
               -v-                       :    ORDER
                                         :
LIONBRIDGE TECHNOLOGIES, INC. and        :
H.I.G. MIDDLE MARKET, LLC,               :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of January 21, 2022 granted defendants' summary judgment motion (the "Summary Judgment Opinion") and this action was closed. On January 27, 2022, this action was re-opened for the limited purpose of addressing whether defendants are entitled to attorney's fees from plaintiff. On February 1, 2022, plaintiff filed a letter to request that the Court hold defendants' anticipated motion for attorney's fees (the "Fees Motion") in abeyance pending resolution of plaintiff's anticipated appeal of the Summary Judgment Opinion. Alternatively, plaintiff requested, pursuant to Fed. R. Civ. P. 58(e) and Fed. R. App. P. 4(a)(4)(A)(iii), that the Court extend the deadline to file a notice of appeal of the Summary Judgment Opinion to run from the date of the decision on the Fees Motion. Accordingly, it is hereby

ORDERED that the letter motion for extension of time to file a notice of appeal is granted. The deadline to file a notice of appeal is extended to 30 days following a decision on the anticipated Fee Motion.

Dated:     New York, New York
           February 2, 2022

                                        _____
                                              DENISE COTE
                                        United States District Judge